03-16-00724-CV

Court of Appeals

THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

November 19, 2016

Dear Clerk of the Third Court,

Ranna and Co., LLC, versus Texas Commission on Environmental Quality

I am writing to request an extension for the filing of the record for Trial Cause Number D-1-GN-001322. The hearing was held on 8/31/16. I have not had contact from the attorneys for payment of the record. I still am needing to request an exhibit. Please let me know if I need to do anything further to complete request. Thank you.

Sincerely,

Carissa Crocker, CSR